# EXHIBIT A

Int. Cls.: **16 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107**

**Reg. No. 2,721,043**

## United States Patent and Trademark Office

Registered June 3, 2003

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## NEWSMAX.COM

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD., SUITE 270
WEST PALM BEACH, FL 33409

    FOR: MAGAZINE OF GENERAL NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

    FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

    FOR: PROVIDING NEWS IN THE NATURE OF CURRENT EVENT REPORTING VIA THE INTER-NET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

    FIRST USE 8-0-1998; IN COMMERCE 8-0-1998.

    SER. NO. 76-424,873, FILED 6-24-2002.

GWEN STOKOLS, EXAMINING ATTORNEY

# EXHIBIT B

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**United States Patent and Trademark Office**

**Reg. No. 3,659,417**

Registered July 21, 2009

**SERVICE MARK**
**PRINCIPAL REGISTER**

# NEWSMAX.COM

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD, SUITE 270
WEST PALM BEACH, FL 33409

    FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE REVIEWS OF MOVIES, BOOKS, AND MUSIC; ONLINE JOURNALS, NAMELY, BLOGS FEATURING NEWS AND ENTERTAINMENT NEWS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

    FIRST USE 5-0-2008; IN COMMERCE 11-6-2001.

    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 2,721,043.

    SN 78-795,479, FILED 1-20-2006.

    KAREN BRACEY, EXAMINING ATTORNEY

# EXHIBIT C

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,177,090

Registered Nov. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# NEWSMAX

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD, SUITE 270
WEST PALM BEACH, FL 33409

    FOR: MAGAZINES FEATURING NEWS, ENTER-
TAINMENT NEWS AND FEATURES, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

    FIRST USE 1-31-2000; IN COMMERCE 1-31-2000.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 2,721,043.

    SER. NO. 78-795,478, FILED 1-20-2006.

    KAREN BRACEY, EXAMINING ATTORNEY

# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

# NEWSMAX

**Reg. No. 4,308,915**

**Registered Mar. 26, 2013**

**Int. Cls.: 9, 16, 38 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEWSMAX MEDIA, INC. (NEVADA CORPORATION)
SUITE 120
560 VILLAGE BOULEVARD
WEST PALM BEACH, FL 33409

FOR: ELECTRONIC DOWNLOADABLE PUBLICATIONS IN THE NATURE OF GENERAL INTEREST NEWS MAGAZINES; DOWNLOADABLE SOFTWARE FOR READING NEWS MAGAZINES THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR OBTAINING, NEWS, INFORMATION AND COMMENTARY OF THE TYPE FOUND IN GENERAL INTEREST NEWS MAGAZINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2008; IN COMMERCE 12-0-2008.

FOR: MAGAZINES FEATURING NEWS, ENTERTAINMENT NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2007; IN COMMERCE 11-0-2007.

FOR: INTERNET PROTOCOL TELEVISION (IPTV) TRANSMISSION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-0-2009; IN COMMERCE 11-0-2009.

FOR: PROVIDING NEWS IN THE NATURE OF CURRENT EVENT REPORTING VIA THE INTERNET; PRODUCTION AND DISTRIBUTION OF PROGRAMS IN THE NATURE OF RADIO, TELEVISION, AUDIO AND VIDEO PODCAST PROGRAMS, AND WEB SERIES FOR BROADCAST OVER THE INTERNET; NEWS AGENCIES, NAMELY, GATHERING AND DISSEMINATION OF NEWS; ENTERTAINMENT SERVICES, NAMELY, THE PROVISION OF CONTINUING PROGRAMS AND SEGMENTS, FEATURING NEWS AND COMMENTARY DELIVERED BY THE INTERNET; PROVIDING NEWS, INFORMATION, COMMENTARY AND MULTIMEDIA CONTENT, IN THE FIELD OF CURRENT EVENTS RELATING TO POLITICS, THE MEDIA, EDUCATION, FINANCE, BUSINESS, HEALTH, LIFESTYLE, RELIGION, SHOPPING, SPORTS, FITNESS, TECHNOLOGY, TRANSPORTATION, TRAVEL, ARTS, ENTERTAINMENT, BOOKS, HUMOR, GOSSIP, JOBS, AND AUTOMOTIVE TECHNOLOGY, DESIGN AND REPAIR; PROVIDING ONLINE NEWSLETTERS IN THE FIELD OF CURRENT EVENTS RELATING TO POLITICS, THE MEDIA, EDUCATION, FINANCE,

*Teresa Stanek Rea*

Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,308,915** BUSINESS, HEALTH, LIFESTYLE, RELIGION, SHOPPING, SPORTS, FITNESS, TECHNO-LOGY, TRANSPORTATION, TRAVEL, ARTS, ENTERTAINMENT, BOOKS, HUMOR, GOSSIP, JOBS, AND AUTOMOTIVE TECHNOLOGY, DESIGN AND REPAIR VIA E-MAIL, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-9-2009; IN COMMERCE 11-9-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,721,043, 4,084,161 AND OTHERS.

SER. NO. 85-692,100, FILED 8-1-2012.

DAVID ELTON, EXAMINING ATTORNEY

# EXHIBIT E

## SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
FAX (212) 818-9606

www.ssbb.com

E-Mail:  mlerner@ssbb.com
Direct Dial:  (212) 404 8714

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ  07078-2713
(973) 218-2509
FAX (973) 218-2401

October 11, 2013

By Express Mail and E-Mail (mnejmeh@gmail.com)

Mr. Mark Nejmeh
414 Newark Avenue
Bradley Beach, NJ 07720

> Re:   Infringement of Registered NEWSMAX Trademarks

Dear Mr. Nejmeh:

      We are counsel to Newsmax Media, Inc. ("Newsmax"), which is the owner of the registered marks NEWSMAX (Reg. Nos. 3177090, 4305336, 4305337 and 4308915) for, collectively, print and electronic downloadable magazines featuring news, entertainment news and current events; online newsletters; internet news reporting, commentary and multimedia current events content; and internet broadcasts of radio, television, audio and video podcast and web series programming.  Newsmax additionally owns the registered NEWSMAX.COM marks (Reg. Nos. 2721043 and 3659417) for, collectively, providing news and current events via the Internet; entertainment services, namely on-line reviews of movies, books, and music and services; and blogs featuring news and entertainment news. We refer to the NEWSMAX and NEWSMAX.COM registered marks herein as the "Newsmax Marks." Copies of the registration certificates are annexed.

      Newsmax is also the owner of the domain name <newsmax.com>, which has been registered and used continuously since 1998, for the services offered under the Newsmax Marks.

      Newsmax is a leading online news agency and its print publication, Newsmax Magazine, is one of the United States' leading political publications. The Newsmax website and magazine provide breaking news and influential feature stories concerning current events, including politics and entertainment. The NEWSMAX mark was first adopted in 1998 and Newsmax has been offering goods and services under the mark continuously since that time. Newsmax has invested extensively in promoting its marks, through advertising and distribution of its magazine and via its highly trafficked www.newsmax.com website. As a result of these investments, and through the successful development of the Newsmax brand and business model, Newsmax enjoys a prominent reputation among consumers and within the media industry. Consumers and media industry professionals have come to associate the marks with Newsmax and the marks have built good will of significant value due to the high quality of Newsmax's goods and services.

1781463_2

SATTERLEE STEPHENS BURKE & BURKE LLP

Mr. Mark Nejmeh
October 11, 2013
Page 2

It has come to our client's attention that you are making unauthorized use of the mark "Newsmax" in connection with the domain name <newsmax.us> (the "Infringing Domain"). The website at the Infringing Domain shows only hyperlinks to folders, and there is no evidence that the Infringing Domain is used for any legitimate purpose. Newsmax's efforts to purchase the Infringing Domain via the Go Daddy domain purchase service were declined and countered with a purchase price in the amount of $80,000.

Given the prominence and fame of the Newsmax Marks, Newsmax cannot assume that your registration of the Infringing Domain, years after Newmax adopted the NEWSMAX mark, was unintentional, but rather was deliberate, bad faith effort to trade on and profit from Newsmax's good will and extensive investment in its Newsmax Marks. The rejection of a reasonable offer for the Infringing Domain and high counteroffer is further evidence of your bad faith and intent to capitalize on Newsmax's mark.

Based on the foregoing, your registration and ownership of the Infringing Domain constitutes cybersquatting as well as trademark infringement, dilution and unfair competition under the Lanham Act and state and common law, and consequently, is also in violation of the Uniform Domain-Name Dispute-Resolution Policy ("UDRP") promulgated and enforced by the Internet Corporation for Assigned Names and Numbers ("ICANN").

We therefore demand that you immediately cease all use of the Infringing Domain and of all other use of the Newsmax Marks or any other similar mark. Specifically and additionally, we demand that you immediately transfer the Infringing Domain to Newsmax by unlocking the domain name, requesting a transfer authorization code, which you shall immediately transmit to us, and promptly confirming the transfer authorization, when notified to do so.

If by October 21, 2013 we do not receive the domain name transfer authorization code and written confirmation that all use of the Newsmax Marks has ceased, Newsmax will not hesitate to take further steps, including initiating a UDRP proceeding, to protect its valuable marks.

This letter is not intended to be a complete statement of Newsmax's rights, and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Very truly yours,

Mark Lerner

Attachments

1781463_2

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 3,177,090

## United States Patent and Trademark Office

Registered Nov. 28, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# NEWSMAX

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD, SUITE 270
WEST PALM BEACH, FL 33409

FOR: MAGAZINES FEATURING NEWS, ENTERTAINMENT NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-31-2000; IN COMMERCE 1-31-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,721,043.

SER. NO. 78-795,478, FILED 1-20-2006.

KAREN BRACEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# NEWSMAX

**Reg. No. 4,305,336**

**Registered Mar. 19, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NEWSMAX MEDIA, INC. (NEVADA CORPORATION)
SUITE 120
560 VILLAGE BOULEVARD
WEST PALM BEACH, FL 33409

FOR: ELECTRONIC DOWNLOADABLE PUBLICATIONS IN THE NATURE OF GENERAL INTEREST NEWS MAGAZINES; DOWNLOADABLE SOFTWARE FOR READING NEWS MAGAZINES THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK; SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR OBTAINING, NEWS, INFORMATION AND COMMENTARY OF THE TYPE FOUND IN GENERAL INTEREST NEWS MAGAZINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2008; IN COMMERCE 12-0-2008.

OWNER OF U.S. REG. NOS. 2,721,043, 4,084,161 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD NEWSMAX.

SER. NO. 85-710,719, FILED 8-23-2012.

DAVID ELTON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NEWSMAX

**Reg. No. 4,305,337**

**Registered Mar. 19, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

NEWSMAX MEDIA, INC. (NEVADA CORPORATION)
SUITE 120
560 VILLAGE BOULEVARD
WEST PALM BEACH, FL 33409

FOR: MAGAZINES FEATURING NEWS, ENTERTAINMENT NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2007; IN COMMERCE 11-0-2007.

OWNER OF U.S. REG. NOS. 2,721,043, 4,084,161 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD NEWSMAX.

SER. NO. 85-710,721, FILED 8-23-2012.

DAVID ELTON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.**

# United States of America

### United States Patent and Trademark Office

# NEWSMAX

**Reg. No. 4,308,915**

**Registered Mar. 26, 2013**

**Int. Cls.: 9, 16, 38 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEWSMAX MEDIA, INC. (NEVADA CORPORATION)
SUITE 120
560 VILLAGE BOULEVARD
WEST PALM BEACH, FL 33409

FOR: ELECTRONIC DOWNLOADABLE PUBLICATIONS IN THE NATURE OF GENERAL INTEREST NEWS MAGAZINES; DOWNLOADABLE SOFTWARE FOR READING NEWS MAGAZINES THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR OBTAINING, NEWS, INFORMATION AND COMMENTARY OF THE TYPE FOUND IN GENERAL INTEREST NEWS MAGAZINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2008; IN COMMERCE 12-0-2008.

FOR: MAGAZINES FEATURING NEWS, ENTERTAINMENT NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2007; IN COMMERCE 11-0-2007.

FOR: INTERNET PROTOCOL TELEVISION (IPTV) TRANSMISSION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-0-2009; IN COMMERCE 11-0-2009.

FOR: PROVIDING NEWS IN THE NATURE OF CURRENT EVENT REPORTING VIA THE INTERNET; PRODUCTION AND DISTRIBUTION OF PROGRAMS IN THE NATURE OF RADIO, TELEVISION, AUDIO AND VIDEO PODCAST PROGRAMS, AND WEB SERIES FOR BROADCAST OVER THE INTERNET; NEWS AGENCIES, NAMELY, GATHERING AND DISSEMINATION OF NEWS; ENTERTAINMENT SERVICES, NAMELY, THE PROVISION OF CONTINUING PROGRAMS AND SEGMENTS, FEATURING NEWS AND COMMENTARY DELIVERED BY THE INTERNET; PROVIDING NEWS, INFORMATION, COMMENTARY AND MULTIMEDIA CONTENT, IN THE FIELD OF CURRENT EVENTS RELATING TO POLITICS, THE MEDIA, EDUCATION, FINANCE, BUSINESS, HEALTH, LIFESTYLE, RELIGION, SHOPPING, SPORTS, FITNESS, TECHNOLOGY, TRANSPORTATION, TRAVEL, ARTS, ENTERTAINMENT, BOOKS, HUMOR, GOSSIP, JOBS, AND AUTOMOTIVE TECHNOLOGY, DESIGN AND REPAIR; PROVIDING ONLINE NEWSLETTERS IN THE FIELD OF CURRENT EVENTS RELATING TO POLITICS, THE MEDIA, EDUCATION, FINANCE,



*Acting Director of the United States Patent and Trademark Office*

**Reg. No. 4,308,915**  BUSINESS, HEALTH, LIFESTYLE, RELIGION, SHOPPING, SPORTS, FITNESS, TECHNO-
LOGY, TRANSPORTATION, TRAVEL, ARTS, ENTERTAINMENT, BOOKS, HUMOR, GOSSIP,
JOBS, AND AUTOMOTIVE TECHNOLOGY, DESIGN AND REPAIR VIA E-MAIL, IN CLASS
41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-9-2009; IN COMMERCE 11-9-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,721,043, 4,084,161 AND OTHERS.

SER. NO. 85-692,100, FILED 8-1-2012.

DAVID ELTON, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107

**United States Patent and Trademark Office**  
Reg. No. 2,721,043  
Registered June 3, 2003

## TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER

## NEWSMAX.COM

NEWSMAX.COM (NEVADA CORPORATION)  
560 VILLAGE BLVD., SUITE 270  
WEST PALM BEACH, FL 33409

FOR: MAGAZINE OF GENERAL NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: PROVIDING NEWS IN THE NATURE OF CURRENT EVENT REPORTING VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1998; IN COMMERCE 8-0-1998.

SER. NO. 76-424,873, FILED 6-24-2002.

GWEN STOKOLS, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

United States Patent and Trademark Office

Reg. No. 3,659,417

Registered July 21, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# NEWSMAX.COM

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD, SUITE 270
WEST PALM BEACH, FL 33409

FOR: ENTERTAINMENT SERVICES, NAMELY,
PROVIDING ON-LINE REVIEWS OF MOVIES,
BOOKS, AND MUSIC; ONLINE JOURNALS, NAME-
LY, BLOGS FEATURING NEWS AND ENTERTAIN-
MENT NEWS, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 5-0-2008; IN COMMERCE 11-6-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,721,043.

SN 78-795,479, FILED 1-20-2006.

KAREN BRACEY, EXAMINING ATTORNEY

# EXHIBIT F

**From:** Mark Nejmeh [mailto:mnejmeh@gmail.com]
**Sent:** Friday, October 11, 2013 2:46 PM
**To:** Lenore B. Randrup
**Subject:** Re: Infringement of Registered NEWSMAX Trademarks

Ms Randrup,

I believe your client tried buying this a few weeks ago through Godaddy and he offered $200.I have no intention on selling the name of Newsmax.us . Since I am involved in Journalism with Nujobi.com a marketplace for journalism , this is the reason for holding ontyo this domain for our use. We are planning and have been planning publication of Newsmax.us in The NYC ? NJ Market. Newsmax.us has its own separate identity.

We have no intention of selling and are nor infringing on a trademark that is applied for after we hold the name.

If anything this is bullying and reverse cyber squatting. I have been involved with News for quite a while.

I suggest you and your client contact me to work on a solution.


Thank you,

Mark Nejmeh
732-995-3914


On Fri, Oct 11, 2013 at 9:29 AM, Lenore B. Randrup <lrandrup@ssbb.com> wrote:



Pls. see attached.



Sincerely,



*Lenore Randrup*

*Assistant to Mark Lerner*

Satterlee Stephens Burke & Burke LLP

230 Park Avenue, Suite 1130

New York, NY  10169

E-Mail: lrandrup@ssbb.com

Tel. (212) 818-9200 Ext. 8897

Fax (212) 818-9606/7

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT G

10/17/2013



Disclaimer : We are not newsmax.com

# More threats from Newmax.com, Reverse Domain name Hijacking?

October 14, 2013   Newsmax.com   Newsmax.com, reverse domain name hijacking

Trying to in good faith work things out?

more to follow on this post.......



newsmax_1

Leave a comment

# Newsmax.com seeks to acquire NewsMax.us

October 13, 2013   Uncategorized

Godaddy.com has contacted Mark Nejmeh requesting a sale of Newsmax.us domain name. A maximum offer of $200 was presented. The offer was not accepted.

Two weeks later a letter demanding the domain name was received. You have to wonder why if this company would not have acquired this name when it was for sale just as Mark Nejmeh did in 2011. After years of development and costs preparing MewsMax.us , Newsmax.com now wants the name?

Leave a comment

# When the wolf comes to the door.

October 11, 2013   Uncategorized

Let him in for a chat. Newsmax.com is under fire. Newsmax.com is apparently playing hardball with us. Newsmax.us is a small company that reports news. We are not a conservative media agency that promotes democrats. We are not founded by former CIA members or politically connected federal employees. We are just a small company looking to report the news.

Some Americans say that they cannot get the news because the news is being suppressed. I agree and that is why we started Nujobii.com in 2010. While we knew we would have difficult times getting started we also knew that someday sooner than later we would be ready. We are ready now and we are ready to launch Newsmax.us.

Leave a comment



Search ...

**Recent Posts**

More threats from Newmax.com, Reverse Domain name Hijacking?

Newsmax.com seeks to acquire NewsMax.us

When the wolf comes to the door.

**Categories**

Newsmax.com

Uncategorized

**Recent Comments**

**Meta**

Log in

Entries RSS

Comments RSS

WordPress.org

**Archives**

October 2013

Proudly powered by WordPress

newsmax.us