**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 Park Avenue, Suite 1130
New York, New York 10169
Tel. (212) 818-9200
Fax (212) 818-9606
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWSMAX MEDIA, INC. | |
| Plaintiff, | C.A. No. 13-cv-06248-JAP-LHG |
| v. | Hon. Joel A. Pisano, U.S.D.J. |
| MARK NEJMEH, | |
| Defendant. | |

## PLAINTIFF NEWSMAX MEDIA, INC.'S
## NOTICE OF APPLICATION FOR EMERGENCY RELIEF

To:   Mark Nejmeh
      414 Newark Ave
      Bradley Beach, NJ 07720
      mnejmeh@gmail.com
      *Pro-Se Defendant*

**PLEASE TAKE NOTICE** that on <u>**Tuesday, October 29, 2013 at 12:00 p.m.**</u>, or as soon thereafter as counsel may be heard, Plaintiff Newsmax Media, Inc. ("Plaintiff"), by and through its attorneys, will apply to the United States District Court for the District of New Jersey for emergency relief by way of entry of an Order to Show Cause granting temporary restraints pending the hearing on Plaintiff's application for a Preliminary Injunction against Defendant Mark Nejmeh ("Defendant") pursuant to Rule 65 of the Federal Rules of Civil Procedure and

1793664_1

Local Civ. R. 65.1, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff will rely upon the Complaint, Memorandum of Law in Support of Temporary Restraining Order and Preliminary Injunction, the Affidavits of Brian Todd and Mark Lerner and the exhibits annexed thereto. The form of Order to Show Cause for Temporary Restraining Order and Preliminary Injunction whose entry Plaintiff seeks is provided with this Notice.

Respectfully submitted,

**SATTERLEE STEPHENS BURKE & BURKE LLP**

Dated: October 23, 2013            By:   *s/ James I. Doty*
                                         James I. Doty
                                         230 Park Avenue
                                         Suite 1130
                                         New York, NY 10169
                                         Tel: (212) 404-8718
                                         jdoty@ssbb.com

*Attorneys for Plaintiff Newsmax Media, Inc.*