**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

NEWSMAX MEDIA, INC.

               Plaintiff,

    v.

MARK NEJMEH,

               Defendant.

C.A. No. 13-cv-06248-JAP-LHG

**AFFIDAVIT OF BRIAN TODD**

STATE OF FLORIDA          )
                          )   ss.:
COUNTY OF PALM BEACH   )

      BRIAN TODD, being duly sworn, deposes and says:

      1.      I am the Chief Operating Officer of plaintiff Newsmax Media, Inc. ("Newsmax" or "Plaintiff"), owner of the registered marks NEWSMAX and NEWSMAX.COM (collectively, the "Newsmax Marks"). I make this affidavit in support of Plaintiff's application for a temporary restraining order against defendant Mark Nejmeh ("Nejmeh" or "Defendant").

      2.      Newsmax is one of the United States' preeminent media companies for print and online news, entertainment news and features, and current events. Ever expanding, Newsmax currently produces and broadcasts its own online television news and entertainment programming and is in the process of launching online radio programming.

**<u>The Newsmax Marks</u>**

      3.      Newsmax began using the mark NEWSMAX.COM in August 1998 in connection with a website featuring current events. Shortly thereafter, in or about January 2000, Newsmax began offering magazines featuring news, entertainment news and features under the mark NEWSMAX.

      4.      Newsmax has used the Newsmax Marks continuously and exclusively since their dates of first use in interstate commerce.

      5.      Since July 1998, Newsmax has continuously owned the domain name newsmax.com for its website, accessible at http://www.newsmax.com, where Newsmax publishes and broadcasts its online news and entertainment services ("Newsmax Website").

1790238_4

6.      In addition to its magazine and website, Newsmax prints and distributes electronic and print newsletters under the NEWSMAX mark to subscribers on a range of financial and health topics.

7.      United States federal registrations for NEWSMAX.COM (Reg. Nos. 2721043 and 3659417) were issued on June 3, 2003 and July 21, 2009, respectively. Copies of these registrations are annexed hereto as Exhibits A and B.

8.      United States federal registrations for NEWSMAX (Reg. No. 3177090 and 4308915) were issued on November 28, 2006 and March 26, 2013, respectively. Copies of these registrations are annexed hereto as Exhibits C and D.

9.      NEWSMAX.COM (Reg. 2721043) and NEWSMAX (Reg. No. 3177090) are incontestable under 15 U.S.C. § 1065.

10.     Newsmax also owns several pending service mark applications for NEWSMAX for use in connection with production, distribution and broadcasting of television and radio programming. Copies of documentation of the federal applications for NEWSMAX (Serial Nos. 85675867, 85677899, 85698410, and 85699779) are annexed hereto as Exhibit E.

11.     Newsmax also owns a pending application for NEWSMAX HEALTH (Serial No. 85974815) in connection with "Providing information, news and commentary in the field of nutrition, health and wellness."

12.     In use for nearly fifteen years, the Newsmax Marks have accumulated substantial goodwill of great value due to the high quality of the news, entertainment and information services Newsmax offers under its marks in print and online and these services' wide popularity among audiences across the United States. These audiences have come to rely on Newsmax for timely, insightful reporting on current news and entertainment and for sharp analysis and commentary.

13.     Newsmax limits use of the Newsmax Marks to itself. Newsmax carefully polices use of the Newsmax Marks. *Newsmax has never granted rights to any third party – and thus, never to Defendant – to use those Marks or any variation thereof.*

14.     *The New York Times* has called Newsmax an "influential media company that has established itself as a potent force in conservative politics" that "reaches more homes than The Weekly Standard or National Review, two of the higher brow pillars of American conservatism." A copy of *The New York Times* article, "A Compass for Conservative Politics," is attached hereto as Exhibit F.

15.     According to the widely cited comScore ratings, in July 2013, the Newsmax family of websites received 65 million page views. 11.3 million of these were unique viewers.

16.     From May 2013 through August 2013, the Newsmax family of websites frequently achieved higher comScore ratings than such highly trafficked political news websites as Fox News Politics, NBCNews.com Politics, CNN Politics and Politico.

17.     Newsmax's email alerts go out to a list of over 4 million opt-in subscribers. In a recent week, over 90 million email alerts were delivered to subscribers.

18.     Newsmax's print subscription circulation, currently over 185,000, is also growing.

19.     In 2011, Newsmax began publishing its magazine electronically on various e-reader platforms and launched a mobile magazine application for the Apple iPhone and iPad.

20.     Indeed, in light of the popularity and success of the magazine and website, Newsmax has continued to expand its offerings under the marks and has since begun broadcasting online television programming. Its website at newsmax.com, which, since 2009 has been prominently branded as NEWSMAX, features streaming video segments.

21.     Newsmax also reaches new audiences through such avenues as Facebook and Twitter. Newsmax's Facebook page has over 282,000 likes and Newsmax currently has over 34,500 Twitter followers.

22.     Newsmax grows its audiences by actively promoting its expanding portfolio of media products and services. The Newsmax website's home page is just one such advertising vehicle and is used to drive the website's huge visitorship to Newsmax companion websites, Newsmax online broadcasts, the Newsmax magazine, and the Newsmax e-newsletter. A screenshot of the Newsmax website home page is annexed here as Exhibit G.

23.     As a result of the longstanding and extensive use of the Newsmax Marks, members of the public recognize them used in connection with news as indicating reliable, high quality reporting originating with Newsmax.

24.     Upon information and belief, no entity other than Newsmax is known in the trade or community at large by the name Newsmax or by any name incorporating the word "Newsmax"; and, upon information and belief, Newsmax is the only entity that has made any legitimate use of any Newsmax Marks. Upon information and belief, no other entity except Newsmax has any pending application or existing registration for any Newsmax mark of any kind.

**Defendant's Bad Faith Registration
and Infringing Use of Newsmax.us**

25.     Newsmax has never granted rights to Nejmeh to use its Newsmax Marks or any variation thereof.

26.     Defendant nonetheless registered the domain newsmax.us (the "Domain") on January 10, 2011 – more than twelve years after Newsmax established its use of the Newsmax Marks and its online presence at the Newsmax Website. Documentation from WHOIS of Defendant's registration of the Domain is annexed hereto as Exhibit H.

27.     Upon information and belief, Nejmeh is not known by the name "newsmax," offers no legitimate services under the name "newsmax," and has carried on

no legitimate business under the name "newsmax," nor could he given the longstanding exclusive ownership and use by Newsmax.

28.     Upon information and belief, until recently, Nejmeh was making no use of the Domain. There was no content at the newsmax.us website.

29.     Given that there was no content at the Domain and Newsmax had no immediate plans for the domain, Newsmax did not take immediate action to reclaim the Domain after it learned that it had been registered.

30.     However, in or around September 2013, Newsmax sought to obtain and use the newsmax.us domain for news-related services in conjunction with its long-existing Newsmax Website. Thus, on or about September 16, 2013, Newsmax took steps to recover the Domain. Via GoDaddy, it made an offer of $100 for the Domain – a generous offer in light of the fact that Nejmeh had no legitimate rights to the term Newsmax for use as a domain and additionally a sufficient amount to cover the costs of registering the Domain.

31.     Despite not being authorized to use the Newsmax Marks, on September 23, 2013, Nejmeh rejected the offer and countered with an offer to sell the Domain for $80,000 instead.

32.     On September 23, 2013, Newsmax countered with a final offer of $200.

33.     On September 30, 2013, the bidding process was closed, since Nejmeh did not accept the offer.

34.     Consequently, on October 11, 2013, Newsmax, through its attorney, sought to have Nejmeh transfer the Domain to Newsmax. However, Defendant has steadfastly refused, claiming that he is the legitimate owner of newsmax.us due to some vague journalistic endeavors and due to the fact that he intends to launch a newsmax.us newspaper.

35.     Though Defendant was asked to confirm he would not be launching such a newspaper, he only continues to insist that "we own NewsMax.us and this is totally different than newsmax.com."

36.      Indeed, on or about the same day Newsmax's counsel informed Nejmeh that Newsmax has exclusive rights to the Domain, Nejmeh began posting material at the Domain's website.

37.     Beginning on or about October 11, 2013, Nejmeh began using the website at newsmax.us in the nature of a blog that comments on Newsmax's attempts to reclaim the Domain and promotes the launch of "NewsMax.us" as a "weekly political newspaper" and website edited by a "conservative news journalist." The website additionally now features the banner: "newsmax.us coming soon on-line and in your hand." A copy of the website as it appeared on October 20, 2013 is annexed hereto as Exhibit I.

38.     The website also includes a disclaimer "Disclaimer: we are not newsmax.com," thus recognizing the potential for consumer confusion.

39.      Defendant is disrupting Newsmax's business by squatting on the infringing Domain and refusing to sell or transfer it to Newsmax.

40.      Defendant has begun use of the website at the Domain to confuse Newsmax's established audiences and trade on Newsmax's reputation and goodwill, since he is advertising the launch of newsmax.us as a political newspaper.

41.      Moreover, the timing and nature of Defendant's use of the Domain betrays an intent to retaliate against Newsmax for Newsmax's good faith efforts to obtain the Domain without resort to litigation.

42.      Newsmax's preeminent reputation in the media industry and with consumers generally and the goodwill it has accumulated will be damaged by Defendant's continued use of the Domain and newsmax.us mark.

<em>Brian Todd, COO</em><br>
Brian Todd

Sworn to before me this
22 day of October 2013.

Notary Public



GINA MARIE SALZO
Notary Public - State of Florida
My Comm. Expires Mar 8, 2017
Commission # EE 851533
Bonded Through National Notary Assn.

# EXHIBIT A

Int. Cls.: **16 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107**

Reg. No. 2,721,043

## United States Patent and Trademark Office

Registered June 3, 2003

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER

## NEWSMAX.COM

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD., SUITE 270
WEST PALM BEACH, FL 33409

FOR: MAGAZINE OF GENERAL NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: PROVIDING NEWS IN THE NATURE OF CURRENT EVENT REPORTING VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1998; IN COMMERCE 8-0-1998.

SER. NO. 76-424,873, FILED 6-24-2002.

GWEN STOKOLS, EXAMINING ATTORNEY

# EXHIBIT B

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**United States Patent and Trademark Office**

**Reg. No. 3,659,417**

Registered July 21, 2009

**SERVICE MARK**
**PRINCIPAL REGISTER**

# NEWSMAX.COM

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD, SUITE 270
WEST PALM BEACH, FL 33409

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE REVIEWS OF MOVIES, BOOKS, AND MUSIC; ONLINE JOURNALS, NAME-LY, BLOGS FEATURING NEWS AND ENTERTAIN-MENT NEWS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-2008; IN COMMERCE 11-6-2001.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,721,043.

SN 78-795,479, FILED 1-20-2006.

KAREN BRACEY, EXAMINING ATTORNEY

# EXHIBIT C

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,177,090**

Registered Nov. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# NEWSMAX

NEWSMAX.COM (NEVADA CORPORATION)
560 VILLAGE BLVD, SUITE 270
WEST PALM BEACH, FL 33409

FOR: MAGAZINES FEATURING NEWS, ENTER-TAINMENT NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-31-2000; IN COMMERCE 1-31-2000.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,721,043.

SER. NO. 78-795,478, FILED 1-20-2006.

KAREN BRACEY, EXAMINING ATTORNEY

# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

# NEWSMAX

**Reg. No. 4,308,915**

**Registered Mar. 26, 2013**

**Int. Cls.: 9, 16, 38 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEWSMAX MEDIA, INC. (NEVADA CORPORATION)
SUITE 120
560 VILLAGE BOULEVARD
WEST PALM BEACH, FL 33409

FOR: ELECTRONIC DOWNLOADABLE PUBLICATIONS IN THE NATURE OF GENERAL INTEREST NEWS MAGAZINES; DOWNLOADABLE SOFTWARE FOR READING NEWS MAGAZINES THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR OBTAINING, NEWS, INFORMATION AND COMMENTARY OF THE TYPE FOUND IN GENERAL INTEREST NEWS MAGAZINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2008; IN COMMERCE 12-0-2008.

FOR: MAGAZINES FEATURING NEWS, ENTERTAINMENT NEWS AND FEATURES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2007; IN COMMERCE 11-0-2007.

FOR: INTERNET PROTOCOL TELEVISION (IPTV) TRANSMISSION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-0-2009; IN COMMERCE 11-0-2009.

FOR: PROVIDING NEWS IN THE NATURE OF CURRENT EVENT REPORTING VIA THE INTERNET; PRODUCTION AND DISTRIBUTION OF PROGRAMS IN THE NATURE OF RADIO, TELEVISION, AUDIO AND VIDEO PODCAST PROGRAMS, AND WEB SERIES FOR BROADCAST OVER THE INTERNET; NEWS AGENCIES, NAMELY, GATHERING AND DISSEMINATION OF NEWS; ENTERTAINMENT SERVICES, NAMELY, THE PROVISION OF CONTINUING PROGRAMS AND SEGMENTS, FEATURING NEWS AND COMMENTARY DELIVERED BY THE INTERNET; PROVIDING NEWS, INFORMATION, COMMENTARY AND MULTIMEDIA CONTENT, IN THE FIELD OF CURRENT EVENTS RELATING TO POLITICS, THE MEDIA, EDUCATION, FINANCE, BUSINESS, HEALTH, LIFESTYLE, RELIGION, SHOPPING, SPORTS, FITNESS, TECHNOLOGY, TRANSPORTATION, TRAVEL, ARTS, ENTERTAINMENT, BOOKS, HUMOR, GOSSIP, JOBS, AND AUTOMOTIVE TECHNOLOGY, DESIGN AND REPAIR; PROVIDING ONLINE NEWSLETTERS IN THE FIELD OF CURRENT EVENTS RELATING TO POLITICS, THE MEDIA, EDUCATION, FINANCE,

*Teresa Stanek Rea*

Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,308,915**   BUSINESS, HEALTH, LIFESTYLE, RELIGION, SHOPPING, SPORTS, FITNESS, TECHNO-LOGY, TRANSPORTATION, TRAVEL, ARTS, ENTERTAINMENT, BOOKS, HUMOR, GOSSIP, JOBS, AND AUTOMOTIVE TECHNOLOGY, DESIGN AND REPAIR VIA E-MAIL, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-9-2009; IN COMMERCE 11-9-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,721,043, 4,084,161 AND OTHERS.

SER. NO. 85-692,100, FILED 8-1-2012.

DAVID ELTON, EXAMINING ATTORNEY

# EXHIBIT E



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Feb 5 05:04:00 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:            OR   Jump   to record:            **Record 1 out of 5**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# NEWSMAX

| | |
|---|---|
| **Word Mark** | NEWSMAX |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Production and distribution of programs in the nature of **radio**, television, audio and video podcast programs, and web series for broadcast over television, cable television, internet and satellite; News syndication for the broadcasting industry; Premium or pay television services, namely, production and distribution of television programs for broadcast via the Internet, satellite systems, wireless networks and cable television systems; Programming of premium and pay television shows, and programming on a global computer network; Entertainment services, namely, the provision of continuing programs and segments, featuring news and commentary delivered by cable television, television, **radio**, satellite, the internet and wireless networks; Online journals, namely, blogs featuring news and entertainment news; Entertainment services, namely, providing on-line reviews of movies, books, and music; Production and distribution of television and **radio** programs |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 85699779 |
| **Filing Date** | August 9, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 8, 2013 |
| **Owner** | (APPLICANT) Newsmax Media, Inc. CORPORATION NEVADA Suite 120 560 Village Boulevard West Palm Beach FLORIDA 33409 |

| | |
|---|---|
| **Attorney of Record** | Mark Lerner |
| **Prior Registrations** | 2721043;3659417;4084161;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized word "NEWSMAX". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4006:240udi.3.3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Feb 5 05:04:00 EST 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 3 out of 5**

TSDR    ASSIGN Status    TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# NEWSMAX

| | |
|---|---|
| **Word Mark** | NEWSMAX |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Production and distribution of programs in the nature of radio, television, audio and video podcast programs, and web series for broadcast over television, cable television, internet and satellite; News syndication for the broadcasting industry; Premium or pay television services, namely, production and distribution of television programs for broadcast via the Internet, satellite systems, wireless networks and cable television systems; Programming of premium and pay television shows, and programming on a global computer network; Entertainment services, namely, the provision of continuing programs and segments, featuring news and commentary delivered by cable television, television, radio, satellite, the internet and wireless networks; Online journals, namely, blogs featuring news and entertainment news; Entertainment services, namely, providing on-line reviews of movies, books, and music; Production and distribution of television and radio programs |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85677899 |
| **Filing Date** | July 16, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |

| | |
|---|---|
| **Published for Opposition** | January 8, 2013 |
| **Owner** | (APPLICANT) Newsmax Media, Inc. CORPORATION NEVADA Suite 120 560 Village Boulevard West Palm Beach FLORIDA 33409 |
| **Attorney of Record** | Mark Lerner |
| **Prior Registrations** | 2721043;3659417;4084161;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Feb 5 05:04:00 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:        **Record 4 out of 5**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# NEWSMAX

| | |
|---|---|
| **Word Mark** | NEWSMAX |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Cable television, satellite television, television, **radio**, internet, internet **radio**, video, and wireless broadcasting services; Satellite transmission services; Simulcasting broadcast television and **radio** over global communication networks, the internet and wireless networks; News agency services for electronic transmission; Pay-per-view television transmission services; Broadcasting of cable television, television, pay-per-view and **radio** programs |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 85698410 |
| **Filing Date** | August 8, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 1, 2013 |
| **Owner** | (APPLICANT) Newsmax Media, Inc. CORPORATION NEVADA Suite 120 560 Village Boulevard West Palm Beach FLORIDA 33409 |
| **Attorney of Record** | Mark Lerner |
| **Prior Registrations** | 2721043;3659417;4084161;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized word "NEWSMAX". |

Case 3:13-cv-06248-JAP-LHG   Document 6-3   Filed 10/23/13   Page 21 of 36 PageID: 103

| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Feb 5 05:04:00 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:    OR    Jump    to record:    **Record 5 out of 5**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# NEWSMAX

| | |
|---|---|
| **Word Mark** | NEWSMAX |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Cable television, satellite television, television, radio, internet, internet radio, video, and wireless broadcasting services; Satellite transmission services; Simulcasting broadcast television and radio over global communication networks, the internet and wireless networks; News agency services for electronic transmission; Pay-per-view television transmission services; Broadcasting of cable television, television, pay-per-view and radio programs |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85675867 |
| **Filing Date** | July 12, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 1, 2013 |
| **Owner** | (APPLICANT) Newsmax Media, Inc. CORPORATION NEVADA Suite 120 560 Village Boulevard West Palm Beach FLORIDA 33409 |
| **Attorney of Record** | Mark Lerner |

| | |
|---|---|
| **Prior Registrations** | 2721043;3659417;4084161;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT F

Case 3:13-cv-06248-JAP-LHG   Document 6-3   Filed 10/23/13   Page 25 of 36 PageID: 106

*The New York Times* Reprints

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to
your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit
www.nytreprints.com for samples and additional information. Order a reprint of this article now.



July 10, 2011

# A Compass for Conservative Politics

By **JEREMY W. PETERS**

WEST PALM BEACH, Fla. — Without the soupy South Florida humidity and the fastidiously clipped lawn, the Newsmax headquarters here would be a lot like one of those diners in New Hampshire and Iowa where autographed pictures of politicians cover the walls.

But in those pictures, instead of a short-order cook, the smiling proprietor standing next to Donald Trump, Sarah Palin and Haley Barbour is Christopher Ruddy, chief executive of the small but influential media company that has established itself as a potent force in conservative politics.

Newsmax, the magazine and Web site that Mr. Ruddy founded more than a decade ago, is the right-wing populist's Time or Newsweek. With a paid circulation of 230,000, the magazine reaches more homes than The Weekly Standard or National Review, two of the higher brow pillars of American conservatism, by offering what Mr. Ruddy says is "news that Americans in the heartland would like to see."

He and his editors mix cover pieces with articles like "The Jesus Question: Will He Ever Return" and "Heartland Warrior: Michele Bachmann's Passionate Stand for American Values" alongside items about Ann Coulter's decision to turn down "Dancing With the Stars."

Among news sites that draw large conservative audiences, only FoxNews.com has more visitors, according to Nielsen, and Newsmax's e-mail alerts go out daily to 3.2 million people.

"I think we're part of the conversation," Mr. Ruddy, 46, said in an interview, dropping the names of conservative stalwarts who have paid their respects to Newsmax. "That's why Boehner — I met with him when he was down here."

And: "Trump realized this," Mr. Ruddy insisted. "He realized the power of Newsmax. We sort of gave him legitimacy."

And: "Rush has mentioned Newsmax many times through the years. Many, many times over the years."

Republicans have good reason to want to reach Newsmax's audience. According to an outside survey of magazine readers, 55 percent of Newsmax readers have made political donations. The average donation amount was $2,930.

"Every major Republican committee has advertised at one point or another using our e-mails or Web sites," he said as Fox News played at a low volume on a large flat-screen television a few feet away. "We're really the 800-pound gorilla if you want to reach Republican donors in the country. We've got the list."

Mr. Ruddy's path to Republican power player is an unlikely one. He does not declare a party on his Florida voter registration. He has sharply criticized George W. Bush's execution of the war in Iraq and praised Bill Clinton's presidency, despite having helped sow some of the conspiracy theories around the suicide of Vince Foster, a former Clinton aide, with his 1997 book "The Strange Death of Vince Foster" (Simon & Schuster/Free Press).

Mr. Clinton and Mr. Ruddy have since had a rapprochement, and Newsmax even put the former president on the cover in 2007 with the headline "He's Back!"

An autographed copy hangs on the wall in Mr. Ruddy's office with a note from Mr. Clinton that reads, "I hope this doesn't destroy your circulation."

"Chris is a masterful networker," said Cable Neuhaus, Newsmax's creative director. "He never stops talking to people on the phone or sending them notes. And over time that has paid dividends. He just keeps networking."

Newsmax's success — it brought in $52 million in revenue last year, up from $34 million the year before — in large part lies in the way Mr. Ruddy has leveraged his politically plugged-in, over-50 audience. Want to reach potential donors directly in their in-boxes? For around $30,000, political campaigns can rent Newsmax's list, giving them in effect a direct conduit to a large swath of the Republican base. Newsmax will then send "special messages" from sponsors like Mrs. Bachmann and Rand Paul that allow recipients to donate directly to a candidate's campaign committee.

"You click on it if you're a fan of hers, and then you donate," Mr. Ruddy said in his office in West Palm Beach. "We are the No. 1 leader in this field for candidates and committees."

Want to move copies of your political memoir? Newsmax will do that directly through its Web site, as it has for Ms. Palin. Copies of "Going Rogue" and "America by Heart" have been offered free with new Newsmax subscriptions. People on the Newsmax list also frequently receive sales pitches from makers of weight loss supplements, retirement planning specialists and companies that cater to people of faith, like one recently called Medi-Share, a health care cooperative that bills itself "for Christians who want their health care dollars to help fellow believers."

And every major Republican presidential hopeful has granted an interview to Newsmax — almost all of them making the pilgrimage to West Palm Beach to meet with Mr. Ruddy and pose for the obligatory photo. At a news planning meeting recently, editors gathered in a conference room and talked about a recent interview one of their reporters, David A. Patten, had conducted with Mrs.

Bachmann. The conversation shifted to another rising Republican presidential hopeful, Jon Huntsman, the former Utah governor.

"He wants to visit Newsmax," the editorial director, Steve Coz, interjected. "They're definitely coming through."

Dick Armey, one of the many leading conservatives who writes an occasional column for Newsmax, said his articles always drew notice.

"That's the audience that I want to talk to," he said. "I run into it all the time around the country: 'Oh, I saw your piece in Newsmax.' "

It wasn't always this way.

"Five years ago we would have been privileged to have a South Florida mayoral candidate drive by the building and nod," Mr. Neuhaus said.

After graduating from the London School of Economics, Mr. Ruddy briefly taught high school in the Bronx and served as an official in the United Federation of Teachers, the union routinely demonized by conservative politicians and commentators.

He edited The New York Guardian, a conservative alternative monthly, before being hired by The New York Post in 1993 as an investigative reporter, where he pursued the Vince Foster case. He wanted to pursue the Foster story further; his editors felt differently. So he left The Post. The conservative financier Richard Mellon Scaife hired him for the right-wing Pittsburgh Tribune-Review in 1995.

He branched out on his own to start Newsmax in 1998 after seeing how the Internet, particularly the Drudge Report, had helped drive the story of Bill Clinton's affair with Monica Lewinsky. A friend, Bernadette Casey, daughter of a former Reagan associate, William J. Casey, helped provide $25,000 in seed money.

The staff is now 140 people, large enough to have overtaken several floors in their West Palm Beach office complex. Newsmax's online offerings have expanded into Web video and separate Web sites for financial news and health tips.

Its circulation is growing, a rarity among magazines. Mr. Ruddy credits that partly to the gifts it offers with subscriptions, like an emergency world band radio and a Reagan-themed deck of cards featuring quotes from the former president. The jokers have quotes from Jimmy Carter and Walter Mondale.

"We're a business," he said unapologetically, "not an ideology."

# EXHIBIT G





[Full Story]

**Cruz: GOP 'Gray Beards' Pushing 'Bad Samaritan Theory'**

The "gray beards" of the GOP want to let Obamacare implode on its own, [Full Story]

**Treasury Secretary Lew: Sequestration Bad for Economy**

Treasury Secretary Jack Lew said Sunday the deep spending cuts that [Full Story]

**Pelosi: Obamacare Glitches 'Unacceptable'**

Democratic House Minority Leader Nancy Pelosi said the glitches in the [Full Story]

More Newsfront

## America

 ### Los Angeles Times Bans Climate Skeptics From Letters Page

The Los Angeles Times newspaper has made explicit a ban on letters to the editor which assert there are no signs human have caused climate change. The ban came under immediate criticism from proponents of an open debate on global warming. Paul Thornton, the paper's letters... [Full Story]

- Carol Burnett Receives Top US Humor Prize in DC
- Boy Scout Leaders Embarrassed Over Toppled Boulder in Viral Video
- AP Chief: Beware a Government That Loves Secrecy
- Train Kills Two Track Workers Amid SF Bay Strike
- Colorful NFL Legend Bum Phillips Dies at 90
- Armed Gun-Rights Activists Rally at the Alamo
- New 14-foot 'Sea Serpent' Found in Southern California
- Second Man Charged For Dry Ice Bombs at LAX
- Mom of Florida Bullying Suspect Arrested on Abuse Charges
- NBA Legend Bill Russell Arrested for Gun at Airport

More America

## Politics

 ### Turnout Will Be Key for Troubled Cuccinelli Campaign

It wasn't supposed to be this way for Republican Virginia Attorney General Ken Cuccinelli. Young and dynamic, Cuccinelli, 45, jumped into this year's gubernatorial race armed with fierce support from a national network of conservatives. His gaffe-prone rival Terry... [Full Story]

- Cruz, McCain, Cordray to Headline Washington Summit
- Bill Clinton to Campaign for McAuliffe in Va. Gov. Race
- Schweitzer Playing Coy Over Clinton Presidency Remarks
- Bernie Sanders Brings Progressive Stance to Budget Conference
- Mike Huckabee Stumps for Ken Cuccinelli in Virgina
- Hillary Clinton Endorses McAuliffe

More Politics

## Newsmax TV

 ### Jeb Bush to Ted Cruz: Have Self-Restraint in Obamacare Fight

Former Florida Gov. Jeb Bush has a word of advice for fellow Republican Ted Cruz: Show some self-restraint in the fight against Obamacare. "I think the best way to repeal Obamacare is to have an alternative," Bush told ABC's Jonathan Karl in an interview aired Sunday on ... [Full Story]

- Dick Cheney Was Ready to Resign if Heart Troubles Worsened
- Netanyahu: Increase Pressure Against Iran
- Lindsey Graham: Cruz' Tactics Hurt GOP Brand
- Treasury Secretary Lew: Sequestration Bad for Economy
- Pelosi: Obamacare Glitches 'Unacceptable'

More Newsmax TV

## World

 ### Israel's Netanyahu: Step up Pressure on Iran

Israel's prime minister is urging the international community to step up the pressure on Iran, despite some optimism following the latest round of nuclear talks with the Islamic Republic. [Full Story]

Comeback

**Scott Rasmussen**
The People's Money
Democrats May Regret Shutdown Outcome

**James Walsh**
Immigration Focus
Time to Reform Immigration Reform

**Rich Lowry**
National Review
Defunding Debacle Wounds Republicans

All Insiders

**Newsmax TV**



Alan Dershowitz, Harvard Law Professor
Watch More Videos

 

**Support The Compromise?**
Vote Here Now

**Follow Newsmax**

Like us on Facebook   Follow us on Twitter   Add us on Google Plus


**Around the Web**

- How 55-year-old man easily lost 6 in of belly fat
- How the Gun Control Debate Could Provide Your Nest Egg
- Doctors Say This Spice Is a Brain Health Miracle
- Wife Finds Her Husband's Cure for ED
- The crazy truth about those male potency products...
- How 55 year old man easily lost 6 in of belly fat
- Protect Your IRA or 401K from Obama – Move to Gold



**NEWSMAX**

Bernanke's Epic Failure

How the Departing Fed Chief Ruined the Dollar
by Steve Forbes

It's Out! The October Edition
Click Here to Read Now

Newsmax Magazine on your iPhone
Available on the App Store
Download it Today

**Most Commented**

Leon Panetta: Obama Shares Blame for Current Crisis



- Newspaper: French Flee High Taxes, Beleaguered Nation
- Egypt Police, Protesters Clash at Cairo University
- France's Hollande Faces Backlash in Schoolgirl Deportation Row
- Titanic Violin Auctioned for World Record $1.45M
- British Judge Clears Madoff Sons of Wrongdoing
- Afghan Assembly Sets November Date for Decision on US Troops

More World

**Money**

### Morici: Obama Targeted JPMorgan - Why?

JPMorgan Chase's record $13 billion tentative settlement with the Justice Department concerning misrepresented residential mortgage-backed securities does not absolve from criminal charges senior bank officials or the bank as an institution. [Full Story]

- Policymakers: Shutdown Not to Be Repeated, Alternative Elusive
- Wilbur Ross: Congress Likely to Do Little With Budget in Coming Months
- JPMorgan Said to Reach $13 Billion Mortgage-Bond Settlement
- Treasury's Lew: Budget Fight 'Got Close to Edge'

More Money

**Health**

### Spice Extract Relieves Depression Effectively as Drugs: Study

Antidepressants are among the drug industry's biggest sellers. But new research has found curcumin, a compound in the spice turmeric, is just as effective as drugs. [Full Story]

- 4 in 5 College Students Text While Driving
- Smokers Using Support Websites More Likely to Kick Habit
- Family Caregivers Live Longer: Johns Hopkins Study
- 5 Steps to Avoiding Osteoporosis

More Health

**Sci & Tech**

### Newly Discovered Asteroid Missed Earth but Will Return in 2032

A newly discovered asteroid made a close approach to Earth this week - at least in astronomical terms - and it is likely to come back around in 2032, but there is only a miniscule risk of it smashing into the planet. [Full Story]

- Nate Silver Previews ESPN's FiveThirtyEight: No Paywall, Features, and Burritos
- China Developing Internet Connections with LED Light Bulbs
- Apple Hopes New iPad Will Help Slumping Tablet Sales
- Britain Seeks out Illegal Immigrants by Text Message

More Sci & Tech

| Home | Newsfront | America | Politics | Insiders | The Wire | Sci & Tech | Slideshows | Jokes | Cartoons |

**NEWSMAX MEDIA**

NEWSMAX.COM
America's News Page
© 2013 Newsmax Media Inc.
All Rights Reserved

Contact | Advertise | Shop | RSS | Archives | Links | Privacy Policy | Terms & Conditions

Newsmax, Moneynews, and Independent. American, are registered trademarks of Newsmax Media, Inc. Newsmax TV, NewsmaxWorld, NewsmaxHealth, are trademarks of Newsmax Media, Inc.

Tuesday, 15 Oct 2013 | 556 comments
Obama's refusal to negotiate with Republicans speaks volumes about this...

**Houston Chronicle Regrets Endorsing Ted Cruz**
Wednesday, 16 Oct 2013 | 461 comments
Ha,ha,ha..... :) Like rats abandoning a sinking ship...... The Republicans lost...

**Peter Morici: Obama's Debt Ceiling Victory Comes at a High Price**
Wednesday, 16 Oct 2013 | 446 comments
I think all of that damage was exactly the point. Remember: During the 2012...

**Poll: GOP Sours on Tea Party**
Thursday, 17 Oct 2013 | 403 comments
Makes sense. The tea party crackpots have shown themselves to be self-serving...

**Obama to Republicans: 'Go Win an Election'**
Thursday, 17 Oct 2013 | 426 comments
Obama to Republicans: 'Go Win an Election' Tea Party Conservatives to Obama:"...

**Trending Topics**

- Barack Obama
- Obamacare
- Affordable Care Act
- Social Security
- Healthcare Reform
- Debt Ceiling
- Fox News

More Topics

# EXHIBIT H

Find a domain | Go

Create an account or Log In

24/7 Support: (480) 505-8877
Hablamos Español

Products | Domain Names | Websites | Hosting | Web Tools | Support | My Account | Cart 0

WHOIS search results for:
**NEWSMAX.US**
(Registered)

**Is this your domain?**
Add hosting, email and more. | GO

**Want to buy this domain?**
Get it with our Domain Buy service. | GO

Domain Name: NEWSMAX.US
Registrar URL: http://www.godaddy.com
Updated Date: 2013-09-20 02:44:14
Creation Date: 2011-01-10 19:25:41
Registrar Expiration Date: 2014-01-09 23:59:59
Registrar: GoDaddy.com, LLC
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant Name: mark nejmeh
Registrant Organization:
Registrant Street: 414 newark ave
Registrant City: bradley beach
Registrant State/Province: New Jersey
Registrant Postal Code: 07720
Registrant Country: United States
Admin Name: mark nejmeh
Admin Organization:
Admin Street: 414 newark ave
Admin City: bradley beach
Admin State/Province: New Jersey
Admin Postal Code: 07720
Admin Country: United States
Admin Phone: +1.7329953914
Admin Fax:
Admin Email: mnejmeh@gmail.com
Tech Name: mark nejmeh
Tech Organization:
Tech Street: 414 newark ave
Tech City: bradley beach
Tech State/Province: New Jersey
Tech Postal Code: 07720
Tech Country: United States
Tech Phone: +1.7329953914
Tech Fax:
Tech Email: mnejmeh@gmail.com
Name Server: NS1.NUJOBI.COM
Name Server: NS2.NUJOBI.COM

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you

in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Domain already taken?**

Enter Domain Name | .com ▼ | Search

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available at Go Daddy Auctions®:

| hipnews.com Ends on: 12/21/2013 8:24:00 PM PDT | $3,188.00* |
| b2bnews.net Ends on: 12/21/2013 7:58:00 PM PDT | $488.00* |
| goodnewsservice.com Ends on: 12/21/2013 7:46:00 PM PDT | $688.00* |
| neighborhoodsnews.com Ends on: 12/21/2013 11:19:00 AM PDT | $488.00* |
| newspage.net Ends on: 12/21/2013 10:57:00 AM PDT | $1,188.00* |
| newsmanager.net Ends on: 12/21/2013 10:57:00 AM PDT | $1,800.00* |

VIEW LISTING

**Learn more about**

Private Registration ? | Deluxe Registration ?
Business Registration ? | Protected Registration ?

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Search for another domain name in the **WHOIS** database

Enter a domain name to search | .com | Search

who.godaddy.com/whois.aspx?domain=newsmax.us&prog_id=GoDaddy

# EXHIBIT I



**NEWSMAX.US**

*coming soon on-line and in your hand*

Disclaimer : We are not newsmax.com

# Welcome Edie Thakar as editor

October 19, 2013   Uncategorized

NewsMax.us would like to welcome Edie Thakar as our editor for NewsMax.us , our upcoming newspaper and website. Edie is a conservative news journalist and a recent graduate from Sharjah, UAE .

Edie will have full decision making over content of our weekly political newspaper to be distributed in Chicago, New York, and Boston. Edie comes from a family of politically influential leaders.

The paper will primarily lead people to news stories relevant to the communities that it serves. NewsMax.us will focus on delivering information to low and middle income urban communities.

more to come…

Leave a comment

# More threats from Newmax.com, Reverse Domain name Hijacking?

October 14, 2013   Newsmax.com   Newsmax.com, reverse domain name hijacking

Trying to in good faith work things out?

more to follow on this post……



newsmax_1

Leave a comment

# Newsmax.com seeks to acquire NewsMax.us

October 13, 2013   Uncategorized



Godaddy com has contacted Mark Nejmeh requesting a sale of Newsmax.us domain name. A maximum offer of $200 was presented. The offer was not accepted.

Two weeks later a letter demanding the domain name was received. You have to wonder why if this company would not have acquired this name when it was for sale just as Mark Nejmeh did in 2011. After years of development and costs preparing MewsMax.us , Newsmax.com now wants the name?

⚲ Leave a comment

# When the wolf comes to the door.

⚲ October 11, 2013   ⚏ Uncategorized

Let him in for a chat. Newsmax.us is under fire. Newsmax.com is apparently playing hardball with us. Newsmax us is a small company that reports news. We are not a conservative media agency that promotes democrats. We are not founded by former CIA members or politically connected federal employees. We are just a small company looking to report the news.

Some Americans say that they cannot get the news because the news is being suppressed. I agree and that is why we started Nujobi.com in 2010. While we knew we would have difficult times getting started we also knew that someday sooner than later we would be ready. We are ready now and we are ready to launch Newsmax.us.

⚲ Leave a comment

---

Search …

### Categories

Newsmax.com

Uncategorized

### Recent Posts

Welcome Edie Thakar as editor

More threats from Newmax.com, Reverse Domain name Hijacking?

Newsmax.com seeks to acquire NewsMax.us

When the wolf comes to the door.

### Recent Comments

### Meta

Log in

Entries RSS

Comments RSS

WordPress.org

### Archives

October 2013

---

Proudly powered by WordPress