**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEWSMAX MEDIA, INC. | |
| Plaintiff, | C.A. No. 13-cv-06248-JAP-LHG |
| v. | Hon. Joel A. Pisano, U.S.D.J. |
| MARK NEJMEH, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

     This is to certify that true and correct copies of the foregoing Notice of Application for Emergency Relief, Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, the supporting memorandum of law, the Affidavits of Brian Todd and Mark Lerner and the exhibits annexed thereto, and the Summons and Complaint were served upon Defendant Mark Nejmeh by email at the address mnejmeh@gmail.com and by overnight courier to the following address on this 23rd day of October, 2013:

    MARK NEJMEH
    414 Newark Ave
    Bradley Beach, NJ 07720

                                        *s/ James I. Doty*
                                             James I. Doty